# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02858-MHP

Law Offices of Laurel Stanley et al v. Intel Corporation
Assigned to: Hon. Marilyn H. Patel
Demand: $0
Cause: 15:2 Antitrust Litigation

Date Filed: 07/13/2005
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Law Offices of Laurel Stanley**
*a California business entity*

represented by **Alex C. Turan**
The Furth Firm LLP
225 Bush Street
15th Floor
San Francisco, CA 94104
415-433-2070
Fax: 415-982-2076
Email: aturan@furth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig C. Corbitt**
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
415/693-0700
Fax: 415/693-0770
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith A. Zahid**
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104-4807
415/693-0700
Fax: 415/693-0770
Email: jzahid@zelle.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William F. Cronin**
*a resident of Texas*

represented by **Alex C. Turan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig C. Corbitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith A. Zahid**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| **Intel Corporation** | represented by | **Joy K. Fuyuno** |
| *a Delaware corporation* | | Bingham McCutchen LLP |
| | | Three Embarcadero Center |
| | | San Francisco, CA 94111-4067 |
| | | 415-393-2000 |
| | | Fax: 415-393-2286 |
| | | Email: joy.fuyuno@bingham.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Christopher B. Hockett** |
| | | Bingham McCutchen LLP |
| | | Three Embarcadero Center |
| | | San Francisco, CA 94111-4067 |
| | | 415-393-2000 |
| | | Fax: 415-393-2286 |
| | | Email: chris.hockett@bingham.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2005 | 1 | CLASS ACTION COMPLAINT & Jury Trial Demanded - [Summons Issued] against Intel Corporation, [Filing Fee: $250.00, Receipt Number 3374401]. Filed by PlaintiffsLaw Offices of Laurel Stanley & William F. Cronin. (tn, COURT STAFF) (Filed on 7/13/2005) Additional attachment(s) added on 10/21/2005 (gba, COURT STAFF). (Entered: 07/15/2005) |
| 07/13/2005 | | SUMMONS Issued as to Intel Corporation. (tn, COURT STAFF) (Entered: 07/15/2005) |
| 07/13/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 11/8/2005 & Initial Case Management Conference set for 11/15/2005 10:00 AM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 7/13/2005) (Entered: 07/15/2005) |
| 07/13/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 07/15/2005) |
| 07/20/2005 | 3 | CERTIFICATE OF SERVICE by Law Offices of Laurel Stanley *Proof of Service Summons and Complaint on Intel Corporation* (Attachments: # 1 Summons)(Corbitt, Craig) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| 07/27/2005 | 4 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 5 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 6 | STIPULATION re 1 Complaint, *And Proposed Order To Continue Filing Date* by Intel Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Hockett, Christopher) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/03/2005 | 7 | STIPULATION AND ORDER extending deadline for defendant to file responsive |

| | | |
|---|---|---|
| | | pleading; Signed by Judge Marilyn Hall Patel on 8/2/2005. (awb, COURT-STAFF) (Filed on 8/3/2005) (Entered: 08/03/2005) |
| 08/26/2005 | 8 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 09/21/2005 | 9 | STIPULATION *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* by Law Offices of Laurel Stanley, William F. Cronin. (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/21/2005 | 10 | CERTIFICATE OF SERVICE by Law Offices of Laurel Stanley, William F. Cronin re 9 Stipulation *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/22/2005 | 11 | STIPULATION AND ORDER vacating case management conference, to be reset ninety days out; Signed by Judge Marilyn Hall Patel on 9/22/2005. (awb, COURT-STAFF) (Filed on 9/22/2005) (Entered: 09/22/2005) |
| 10/20/2005 | 12 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #1 Class Action Complaint. (gba, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/25/2005 | 13 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *of Plaintiffs The Law Offices of Laurel Stanley, and William F. Cronin* (Turan, Alex) (Filed on 10/25/2005) (Entered: 10/25/2005) |
| 10/25/2005 | 14 | CERTIFICATE OF SERVICE by Law Offices of Laurel Stanley, William F. Cronin re 13 ADR Certification (ADR L.R. 3-5b)of discussion of ADR options *of Plaintiffs The Law Offices of Laurel Stanley, and William F. Cronin* (Turan, Alex) (Filed on 10/25/2005) (Entered: 10/25/2005) |
| 10/31/2005 | 15 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/31/2005) (Entered: 10/31/2005) |
| 11/08/2005 | 16 | STIPULATION AND ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 17 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 01/05/2006 | 18 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT-STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/10/2006 | 19 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 20 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

**PACER Service Center**

**Transaction Receipt**

| | | | |
|---|---|---|---|
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02858-MHP |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

Case 1:05-cv-00897-JJF    Document 62    Filed 01/18/2006    Page 4 of 4

| | | | |
|---|---|---|---|
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02858-MHP |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |