1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LAW OFFICES OF LAUREL STANLEY, et al., | No. C 05 2858 MHP
   | on behalf of itself and all others similarly |
12 | situated,                                    | NOTICE OF APPEARANCE
   |                                              |
13 |             Plaintiffs,                      |
   |       v.                                     |
14 |                                              |
   | INTEL CORPORATION, a Delaware                |
15 | corporation,                                 |
   |                                              |
16 |             Defendant.                       |

17

18 TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

19 PLAINTIFF(S) IN THIS ACTION:

20         PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

21 and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

22 Francisco, CA 94111, members of the State Bar of California admitted to practice before this

23 Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation. In

24 addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

25 Washington, DC 20036, member of the Bar of the District of Columbia and the State Bar of

26 ///

21628756.1                                                            Case No. C 05 2858

NOTICE OF APPEARANCE

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant
2  Intel Corporation.
3  DATED: July 28, 2005

Bingham McCutchen LLP

By: _____/s/ Joy K. Fuyuno_____
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

21628756.1                             2                             Case No. C 05 2858

NOTICE OF APPEARANCE