| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539)<br>JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 5 | |
| 6 | Attorneys for Defendant<br>Intel Corporation |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |
| 11 | |

| | | |
|---|---|---|
| 12 | LAW OFFICES OF LAUREL STANLEY, a California business entity, and WILLIAM CRONIN, a resident of Texas, | No. C-05-2858-MHP |
| 13 | | STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |
| 14 | Plaintiffs,<br>v. | |
| 15 | | |
| 16 | INTEL CORPORATION, a Delaware corporation, | |
| 17 | Defendant. | |
| 18 | | |

19  IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20 COUNSEL AS FOLLOWS:

21  Pursuant to Civil Local Rule 6-2, Plaintiffs Law Offices of Laurel Stanley and

22 William Cronin and Defendant Intel Corporation hereby stipulate that Intel Corporation's

23 response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned

24 case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C.

25 Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties

26 request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et*

1  *al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed
2  a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the
3  above-styled action has been identified as a related action to that petition.  As a result the
4  outcome of the pending petition will impact significantly the schedule of this case.
5        This is the first stipulation between the parties.  Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED:  July ___, 2005
8
9                            Bingham McCutchen LLP
10
11
12                           By:_____
                               JOY K. FUYUNO
13                             Attorneys for Defendant
                              Intel Corporation
14 DATED:  July ___, 2005
15
16                           The Furth Firm LLP
17
18                           By:_____
19                               ALEX C. TURAN
                            Attorneys for Plaintiff
20                           Law offices of Laurel Stanley,
                            and William Cronin
21
22
23
24
25
26

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627440.1

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE** |
| 3 | IT IS HEREBY ORDERED that Defendant Intel Corporation's response to |
| 4 | Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case |
| 5 | pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section |
| 6 | 1407, or, in the alternative, 45 days after any such motion has been denied. |
| 7 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 8 | Dated: _____, 2005 |

_____
Honorable Marilyn Hall Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627440.1