1   *al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed

2   a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the

3   above-styled action has been identified as a related action to that petition. As a result the

4   outcome of the pending petition will impact significantly the schedule of this case.

5         This is the first stipulation between the parties. Because this litigation has just

6   begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7   IT IS HEREBY STIPULATED.
DATED: July 28, 2005

8

9                          Bingham McCutchen LLP

10

11

12                     By: _____
                              JOY K. FUYUNO
                              Attorneys for Defendant

13                               Intel Corporation

14   DATED: July 29, 2005

15

16                          The Furth Firm LLP

17

18                     By: _____

19                               ALEX C. TURAN
                              Attorneys for Plaintiff

20                               Law offices of Laurel Stanley,
                              and William Cronin

21

22

23