FILED

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 LAW OFFICES OF LAUREL STANLEY, a         No. C-05-2858-MHP
   California business entity, and WILLIAM
13 CRONIN, a resident of Texas,             STIPULATION AND [PROPOSED]
                                            ORDER TO CONTINUE FILING DATE
14              Plaintiffs,                 FOR DEFENDANT'S RESPONSE TO
        v.                                  PLAINTIFFS' COMPLAINT
15
   INTEL CORPORATION, a Delaware
16 corporation,

17              Defendant.

18

19         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20 COUNSEL AS FOLLOWS:

21         Pursuant to Civil Local Rule 6-2, Plaintiffs Law Offices of Laurel Stanley and

22 William Cronin and Defendant Intel Corporation hereby stipulate that Intel Corporation's

23 response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned

24 case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C.

25 Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties

26 request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et*

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627440.1

1  *al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed
2  a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the
3  above-styled action has been identified as a related action to that petition. As a result the
4  outcome of the pending petition will impact significantly the schedule of this case.
5      This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
  DATED: July ___, 2005
8
9                                      Bingham McCutchen LLP
10
11
                                By:_____
12                                       JOY K. FUYUNO
                                     Attorneys for Defendant
13                                       Intel Corporation

14 DATED: July ___, 2005
15
                                    The Furth Firm LLP
16
17
18                                 By:_____
                                     ALEX C. TURAN
19                                      Attorneys for Plaintiff
                                     Law offices of Laurel Stanley,
20                                        and William Cronin
21
22
23
24
25
26

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627440.1

1
2     <u>**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**</u>
3         IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
4 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
5 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
6 1407, or, in the alternative, 45 days after any such motion has been denied.
7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8 Dated: _____8/2_____, 2005
9
10                                               Honorable Marilyn Hall Patel
11                                               United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26