FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

(Additional counsel are listed on Signature Page)

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAW OFFICES OF LAUREL STANLEY, a California business entity, and WILLIAM F. CRONIN, a resident of Texas, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. C-05-02858 MHP <br><br> STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES |

Pursuant to Northern District of California Civil Local Rule 6-2(a), plaintiffs Law Offices of Laurel Stanley and William F. Cronin ("Plaintiffs") and defendant Intel Corporation ("Intel Corp.") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, the above-entitled action was filed on July 13, 2005 as an antitrust class action against defendant Intel Corp.;

58792.1
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

1       WHEREAS, in its Order entered July 13, 2005, the Court scheduled a case management conference for November 15, 2005 at 10:00 a.m.;

      WHEREAS, in its Order entered July 13, 2005, the Court scheduled the due date for the Joint Case Management Statement for November 8, 2005;

      WHEREAS, in its Order entered July 13, 2005, the Court scheduled the initial disclosures among the parties, pursuant to Fed.R.Civ.P. 26(a)(1), as well as the due date for the filing of a report, pursuant to Fed.R.Civ.P. 26(f), for November 8, 2005;

      WHEREAS, over 65 similar actions have been filed in various United States District Courts. All those cases, including this case, are subject to motions to transfer and consolidate currently pending before the Judicial Panel for Multidistrict Litigation ("MDL") in MDL-1717 – In re Intel Corp. Microprocessor Antitrust Litigation.

      WHEREAS, in light of such motions before the MDL Panel and the potential for transfer of this case by the MDL Panel to another district, Plaintiffs and Intel Corp. have agreed that in the interests of judicial efficiency and economy, the dates currently set for the (1) case management conference, (2) the Joint Case Management Statement as well as (3) all Fed.R.Civ.P. Rule 26 related deadlines be continued by 90 days.

IT IS HEREBY STIPULATED

Dated: September ____, 2005     Counsel for Plaintiffs

By: _____
MICHAEL P. LEHMANN
THOMAS P. DOVE
ALEX C. TURAN
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

58792.1       -2-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

```
FRANCIS O. SCARPULLA
LAW OFFICES OF FRANCIS O.
    SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 788-7210
Facsimile:  (415) 788-0707

CRAIG C. CORBITT
ZELLE HOFMANN VOELBEL MASON &
    GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770

STEVEN BENZ
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone:  (617) 371-1072
Facsimile:  (617) 371-1037
```

Dated: September 21, 2005          Counsel for defendant Intel Corporation

By: _____
    JOY K. FUYUNO
    BINGHAM McCUTCHEN LLP
    Three Embarcadero Center
    San Francisco, CA 94111-4067
    Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule Case Management Conference and Rule 26 Deadlines. In compliance with General Order 45, X.B., I hereby attest that Joy K. Fuyuno, attorney for defendant Intel Corporation, has concurred in this filing.

By: _____
    ALEX C. TURAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September ____, 2005
                    By: _____
                        HON. MARILYN HALL PATEL
                        United States District Judge

58792.1                              -3-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES