FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

(Additional counsel are listed on Signature Page)

FILED
SEP 2 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAW OFFICES OF LAUREL STANLEY, a California business entity, and WILLIAM F. CRONIN, a resident of Texas, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-05-02858 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES |

Pursuant to Northern District of California Civil Local Rule 6-2(a), plaintiffs Law Offices of Laurel Stanley and William F. Cronin ("Plaintiffs") and defendant Intel Corporation ("Intel Corp.") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, the above-entitled action was filed on July 13, 2005 as an antitrust class action against defendant Intel Corp.;

58792.1
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

e-filing

1. WHEREAS, in its Order entered July 13, 2005, the Court scheduled a case management conference for November 15, 2005 at 10:00 a.m.;

2. WHEREAS, in its Order entered July 13, 2005, the Court scheduled the due date for the Joint Case Management Statement for November 8, 2005;

3. WHEREAS, in its Order entered July 13, 2005, the Court scheduled the initial disclosures among the parties, pursuant to Fed.R.Civ.P. 26(a)(1), as well as the due date for the filing of a report, pursuant to Fed.R.Civ.P. 26(f), for November 8, 2005;

4. WHEREAS, over 65 similar actions have been filed in various United States District Courts. All those cases, including this case, are subject to motions to transfer and consolidate currently pending before the Judicial Panel for Multidistrict Litigation ("MDL") in MDL-1717 – In re Intel Corp. Microprocessor Antitrust Litigation.

5. WHEREAS, in light of such motions before the MDL Panel and the potential for transfer of this case by the MDL Panel to another district, Plaintiffs and Intel Corp. have agreed that in the interests of judicial efficiency and economy, the dates currently set for the (1) case management conference, (2) the Joint Case Management Statement as well as (3) all Fed.R.Civ.P. Rule 26 related deadlines be continued by 90 days.

IT IS HEREBY STIPULATED

Dated: September 21, 2005          Counsel for Plaintiffs

By: /s/ Alex C. Turan
MICHAEL P. LEHMANN
THOMAS P. DOVE
ALEX C. TURAN
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone:   (415) 433-2070
Facsimile:   (415) 982-2076

58792.1                                  -2-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

```
                    FRANCIS O. SCARPULLA
                    LAW OFFICES OF FRANCIS O.
                       SCARPULLA
                    44 Montgomery Street, Suite 3400
                    San Francisco, CA 94104
                    Telephone:  (415) 788-7210
                    Facsimile:  (415) 788-0707

                    CRAIG C. CORBITT
                    ZELLE HOFMANN VOELBEL MASON &
                       GETTE, LLP
                    44 Montgomery Street, Suite 3400
                    San Francisco, CA 94104
                    Telephone:  (415) 693-0700
                    Facsimile:  (415) 693-0770

                    STEVEN BENZ
                    KELLOGG, HUBER, HANSEN, TODD,
                       EVANS & FIGEL, P.L.L.C.
                    Sumner Square
                    1615 M Street, NW, Suite 400
                    Washington, D.C. 20036
                    Telephone:  (617) 371-1072
                    Facsimile:  (617) 371-1037
```

Dated: September 21, 2005          Counsel for defendant Intel Corporation

                                   By: _____
                                       JOY K. FUYUNO
                                       BINGHAM McCUTCHEN LLP
                                       Three Embarcadero Center
                                       San Francisco, CA 94111-4067
                                       Telephone:  (415) 393-2000
                                       Facsimile:  (415) 393-2286

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule Case Management Conference and Rule 26 Deadlines. In compliance with General Order 45, X.B., I hereby attest that Joy K. Fuyuno, attorney for defendant Intel Corporation, has concurred in this filing.

                                   By: /s/ Alex C. Turan
                                       ALEX C. TURAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 22, 2005
                                   By: _____
                                       HON. MARILYN HALL PATEL
                                       United States District Judge

58792.1                              -3-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES