CRAIG C. CORBITT (No. 83251)
JUDITH A. ZAHID (No. 215418)
ZELLE, HOFMANN, VOELBEL, MASON &
  GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770

Attorneys for Plaintiffs

[Names and addresses of additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAW OFFICES OF LAUREL STANLEY, a California business entity, and WILLIAM F. CRONIN, a resident of Texas, on Behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. C-05-02858 MHP<br><br>**ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b)** |

Pursuant to ADR Local Rule 3-5(b) and Civil Local Rule 16-8(b), The Law Offices of Laurel Stanley and William F. Cronin ("Plaintiffs"), and their undersigned counsel hereby certify that they have:

    (1)    Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the portions of the ADR Internet site, *www.adr.cand.uscourts.gov*, specified on the site as necessary to comply with these Local Rules;

58407.1
ADR CERTIFICATION

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether their case might benefit from any of the available dispute resolution options.

Dated: October 17, 2005   As to Plaintiff: The Law Offices of Laurel Stanley

By:   /s/ Laurel Stanley
     Laurel Stanley
     On behalf of Plaintiff The Law Offices of
     Laurel Stanley

Dated: October 20, 2005   As to Plaintiff: William F. Cronin

By:   /s/ William F. Cronin
     William F. Cronin

Dated: October 18, 2005   As to Counsel for Plaintiffs:

By:   /s/ Judith A. Zahid
     CRAIG C. CORBITT
     JUDITH A. ZAHID
     ZELLE, HOFMANN, VOELBEL, MASON &
       GETTE LLP
     44 Montgomery Street, Suite 3400
     San Francisco, California 94104
     Telephone: (415) 693-0700
     Facsimile: (415) 693-0770

     MICHAEL P. LEHMANN
     THOMAS P. DOVE
     ALEX C. TURAN
     THE FURTH FIRM LLP
     225 Bush Street, 15th Floor
     San Francisco, California 94104-4249
     Telephone: (415) 433-2070
     Facsimile: (415) 982-2076

     FRANCIS O. SCARPULLA
     LAW OFFICES OF FRANCIS O.
       SCARPULLA
     44 Montgomery Street, Suite 3400
     San Francisco, California 94104
     Telephone: (415) 788-7210
     Facsimile: (415) 788-0707

| | |
|---|---|
| 1 | STEVEN BENZ |
| | KELLOGG, HUBER, HANSEN, TODD, |
| 2 |   EVANS & FIGEL, P.L.L.C. |
| | Sumner Square |
| 3 | 1615 M Street, NW, Suite 400 |
| | Washington, DC 20036 |
| 4 | Telephone: (617) 371-1072 |
| | Facsimile: (617) 371-1037 |
| 5 | Attorneys for Plaintiffs |

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this ADR Certification Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b). In compliance with General Order 45, X.B., I hereby attest that the Law Offices of Laurel Stanley and William F. Cronin, plaintiffs in this action, and Judith A. Zahid, counsel for plaintiffs, have concurred in this filing.

By:   /s/ Alex C. Turan
       Alex C. Turan

58407.1       -3-
ADR CERTIFICATION