FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:  (415) 982-2076

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAW OFFICES OF LAUREL STANLEY, a California business entity, and WILLIAM F. CRONIN, a resident of Texas, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C-05-02858 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, Gary M. Gray, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b); and
2. CERTIFICATE OF SERVICE.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

☐ **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date.

Richard A. Ripley  
Bingham McCutchen LLP  
1120 20th Street, N.W.  
   Suite 800  
Washington, DC 20036  

David M. Balabanian  
Christopher B. Hockett  
Joy K. Fuyuno  
Bingham McCutchen LLP  
Three Embarcadero Center  
San Francisco, CA 94111-4067  

Intel Corp.  
c/o CT Corporation System  
818 West Seventh Street  
Los Angeles, CA 90017  

Craig C. Corbitt  
Zelle Hofmann Voelbel Mason &  
   Gette, LLP  
44 Montgomery Street, Suite 3400  
San Francisco, CA 94104  

Francis O. Scarpulla  
Law Offices of Francis O. Scarpulla  
44 Montgomery Street, Suite 3400  
San Francisco, CA 94104  

Steven Benz  
Kellogg, Huber, Hansen, Todd, Evans  
   & Figel, P.L.L.C.  
Sumner Square  
1615 M Street, NW, Suite 400  
Washington, DC 20036  

Executed on October 25, 2005, at San Francisco, California.

Signed /s/ Gary M. Gray

60010.1 -2-  
CERTIFICATE OF SERVICE