**FILED**

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    BINGHAM McCUTCHEN LLP
     DAVID M. BALABANIAN (SBN 37368)
2    CHRISTOPHER B. HOCKETT (SBN 121539)
     JOY K. FUYUNO (SBN 193890)
3    Three Embarcadero Center
     San Francisco, CA 94111-4067
4    Telephone: (415) 393-2000
     Facsimile: (415) 393-2286

5

     Attorneys for Defendant
6    Intel Corporation

7

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12   LAW OFFICES OF LAUREL STANLEY, a
     California business entity, and WILLIAM F.
13   CRONIN, a resident of Texas,

14             Plaintiffs,

15        v.

16   INTEL CORPORATION, a Delaware
     corporation,

17             Defendant.

No. C-05-2858-MHP

**STIPULATION AND [PROPOSED]
ORDER TO STAY DATES, EVENTS
AND DEADLINES PENDING THE
OUTCOME OF THE MOTION TO
TRANSFER AND COORDINATE OR
CONSOLIDATE PURSUANT TO
28 U.S.C. § 1407**

18

19        WHEREAS, on July 13, 2005, Plaintiffs filed the instant action in the Northern

20   District of California ("Stanley Action");

21        WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel

22   Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23   Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24   pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Stanley Action has

25   been identified as a related action subject to that motion;

26

1    WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

2    relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

3    all dates, events and deadlines in the action;

4    WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5    WHEREAS, the outcome of the MDL Motion will impact significantly the

6    schedule of this case;

7    THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8    by and among counsel for Stanley Plaintiffs, and counsel for Defendant Intel Corporation, that

9    any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,

10   including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

11   Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

12   applicable to this case should be stayed pending the outcome of the aforementioned MDL

13   Motion; and

14   IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15   management conference is rescheduled by the Court, the parties shall adjust the dates for any

16   conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17   Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18   accordingly.

19   IT IS HEREBY STIPULATED.

20

21

22

23

24

25

26

1

2  Dated: October 31, 2005            THE FURTH FIRM LLP

3                                     LAW OFFICES OF FRANCIS O.
                                      SCARPULLA
4
                                      ZELLE, HOFFMANN, VOELBEL, MASON
5                                     & GETTE LLP

6                                     KELLOGG, HUBER, HANSEN, TODD,
                                      EVANS & FIGEL, P.L.L.C.
7

8                                     By:_____/s/ Alex C. Turan_____
                                                  Alex C. Turan
9                                              Attorneys for Plaintiff
                                         Law Offices of Laurel Stanley and
10                                             William F. Cronin

11
   Dated: October 31, 2005            BINGHAM McCUTCHEN LLP
12

13                                    By:_____/s/ Joy K. Fuyuno_____
                                                  Joy K. Fuyuno
14                                             Attorneys for Defendant
                                                Intel Corporation
15

16        **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
          PENDING THE OUTCOME OF THE MDL MOTION**
17

18          Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

19  Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

20  and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

21  management order applicable to this case are hereby stayed pending the outcome of the motion

22  to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

23          Upon the determination of the MDL Motion, if it is necessary for the Court to

24  reschedule a case management conference, the parties shall adjust the dates for any conference,

25  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

26  and 26 accordingly.

1    The parties shall notify the Clerk of Court within 10 days of the decision on the

2    MDL Motion.

3    **IT IS SO ORDERED.**

4    Dated: 11/07/05

5    _____
     Honorable Marilyn H. Patel
     United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26