OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2006

TO:  Counsel of Record (See attached)

RE:  <u>IN RE INTEL CORPORATION, MDL 05-1717 JJF</u>

Dear Counsel:

This is to advise you that a certified copy of the Multi-District Transfer Order was docketed in this court on 11/10/05.

The following action have been transferred to the District of Delaware:

<u>Law Offices of Laurel Stanley et al vs Intel Corp., C.A. No. 05-2858</u>
USDC Delaware's civil action number 05-897 JJF

The name and address of the Judge to whom this case has been assigned in this court is:

    The Honorable Joseph J. Farnan, Jr.
    United States Judge
    District of Delaware
    844 N. King St., Lockbox 27
    Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

Additionally, a copy of the District of Delaware's Local Rules is available on our website at: <u>www.ded.uscourts.gov.</u>

Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

                                         Sincerely,
                                         PETER T. DALLEO, CLERK


                                         __/s/_____
                                         Dorothy A. Blansfield
                                         Deputy Clerk

cc:    Honorable Joseph J. Farnan, Jr.
       Counsel on Attached Mailing List for 05-897 JJF