## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, | ) ) ) | |
| Plaintiffs,<br>v. | ) ) | Civil Action No. 05-485-JJF |
| INTEL CORPORATION, | ) ) ) | CONSOLIDATED ACTION |
| Defendant. | ) ) ) | |
| LAW OFFICES OF LAUREL STANLEY and<br>WILLIAM F. CRONIN, on behalf of themselves<br>and all others similarly situated, | ) ) ) ) | |
| Plaintiffs,<br>v. | ) ) ) | Civil Action No. 05-897-JJF |
| INTEL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

TO:    Dr. Peter T. Dalleo, Clerk of the Court
       District Court of Delaware
       800 North King Street
       Wilmington, Delaware 19801

**PLEASE ENTER** the appearances of James L. Holzman, J. Clayton Athey, Laina M.

Herbert and Melissa N. Donimirski of Prickett, Jones & Elliott, P.A., as attorneys for Plaintiffs

Law Offices of Laurel Stanley and William F. Cronin in the above-captioned matters and

**PLEASE WITHDRAW** the appearance of Alex C. Turan of The Furth Firm, LLP.

19684.1\378086v1

THE FURTH FIRM, LLP

   /s/ Thomas P. Dove
Thomas P. Dove
Alex C. Turan
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076
tdove@furth.com
aturan@furth.com

PRICKETT, JONES & ELLIOTT, P.A.

   /s/ Laina M. Herbert
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
Melissa N. Donimirski (Bar ID #4701)
1310 King Street, Box 1328
Wilmington, Delaware 19899
Telephone:    (302) 888-6500
Facsimile:    (302) 658-8111
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
*Attorneys for Plaintiffs Law Offices of Laurel
Stanley and William F. Cronin*

*Of Counsel:*
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
Craig C. Corbitt (Cal. State Bar ID #83251)
Judith A. Zahid (Cal. State Bar ID #215418)
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770

Dated: September 2, 2008

19684.1\378086v1